IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02807-MSK-CBS

FIDELITY NATIONAL TITLE COMPANY, a Colorado corporation;
TICOR TITLE OF COLORADO, INC., a Colorado corporation; and
AMERICAN HERITAGE TITLE AGENCY, INC., a Colorado corporation,
    Plaintiffs,
v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,
    Defendant.

ORDER GRANTING STIPULATED MOTION FOR STAY OF DISCOVERY

    This civil action having come before the court upon Plaintiffs Fidelity National Title Company, Ticor Title of Colorado, Inc., and American Heritage Title Agency, Inc., and Defendant First American Title Insurance Company's Stipulated Motion for Stay of Discovery,

    IT IS ORDERED that the Motion [Doc. # 48] is GRANTED.  All discovery is stayed until July 31, 2014, including the designation of affirmative and rebuttal experts, written discovery (except as to First American's First Set of Requests for Production), and all other discovery.

Dated this 22nd day of May, 2014.    BY THE COURT:

    s/Craig B. Shaffer

    United States Magistrate Judge