**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02807-MSK-CBS

FIDELITY NATIONAL TITLE COMPANY, a Colorado corporation;
TICOR TITLE OF COLORADO, INC., a Colorado corporation; and
AMERICAN HERITAGE TITLE AGENCY, INC., a Colorado corporation,

      Plaintiffs,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
**WITH PREJUDICE ALL CLAIMS BY ALL PARTIES**

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice all claims by all parties to this action.  The Court, having reviewed the Stipulated Motion and being fully advised, orders as follows:

1.      The parties' Stipulated Motion to Dismiss with Prejudice is GRANTED.

2.      All claims and counterclaims that were brought or could have been brought relating to the allegation and claims in the above captioned matter are dismissed with prejudice.  Each party shall pay its own fees and costs.

DATED this 1st day of February, 2016.

                **BY THE COURT:**

                _____

                Marcia S. Krieger
                United States District Court